IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANICE S. HAAGENSEN, )
    Plaintiff, )
     )
     ) Civil Action No.: 14-495
    vs. ) Magistrate Judge Robert C. Mitchell/
     ) District Judge Arthur J. Schwab
MICHAEL J. WHERRY, BETTY MAY )
REED, EDWARD ABERSOLD, ANNIE )
and RUFUS K. HERSHBERGER, )
RICHARD RAPONE, J.R. HARSESTER, )
and KAREN MAGNONE, )
    Defendants. )

ORDER

ARTHUR J. SCHWAB, United States District Judge.

Plaintiff, Janice S. Haagensen, commenced this action *pro se* on April 16, 2014. Compl. [ECF No. 1]. The case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation [ECF No. 30] filed on September 8, 2014, recommended that Defendants' Motions to Dismiss be granted and plaintiff's complaint be dismissed. Service of the Report and Recommendation was made on all parties on that date. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, they had until September 25, 2014 to file any objections.

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following Order is entered:

AND NOW this _7th_ day of October, 2014,

IT IS HEREBY ORDERED that Defendants Michael J. Wherry, Judge of the Court of Common Pleas of Lawrence County, Pennsylvania, Betty May Reed, Edward Abersold, Annie and Rufus K. Hersberger, Richard Rapone, Tax Collector of Lawrence County, J.R. Hardsetter, Director of Assessments of Lawrence County, and Karen Magnone, Property Tax Collector of North Beaver Township's Motions to Dismiss [ECF Nos. 13, 15, 16, 17, 18, 19, 20] are GRANTED and Plaintiff's complaint is dismissed.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

_____
Arthur J. Schwab
United States District Judge


cc:    Magistrate Judge Robert C. Mitchell
United States District Court
Western District of Pennsylvania

Janice S. Haagensen
349 New Road
Enon Valley, PA 16120

All counsel of record *via CM/ECF electronic filing*